UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

**ORDER**

Upon the *sua sponte* ordered competency evaluation (Doc. 19), the Court, finding there is reason to believe that an examination of the defendant, NEAL BRIJ SIDHWANEY, is necessary and proper in order to determine if he is mentally competent, pursuant to 18 U.S.C. §§ 4241 and 4247, it is hereby ORDERED:

1. Alan J. Harris, PhD, an expert in the field of psychology, is appointed to conduct an examination of the defendant in order to determine his present mental competency, which shall include his ability to understand the nature and consequences of the proceedings against him and his ability to assist properly in his defense. In making this determination, Dr. Harris shall specifically include in his report the following items:

   (1) the person's history and present symptoms;

   (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

   (3) the examiner's findings;

   (4) the examiner's opinions as to diagnosis, prognosis; and

>> (5)    whether the person is suffering from a mental disease or defect rendering his mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to item (5), Dr. Harris shall answer the following additional questions:

>> Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?
>
> Does the defendant have a rational, as well as a factual understanding of the proceedings against him?

2. Dr. Harris shall conduct the competency evaluation at the Baker County Detention Center, located at 1 Sheriffs Drive, Macclenny, FL 32063, on September 18, 2023 at 2:30 p.m.

3. Upon completion of this examination, Dr. Harris shall prepare a written report which includes the answers to the above questions and furnish it to Monte C. Richardson, United States Magistrate Judge, 300 North Hogan Street, Suite 5-411, Jacksonville, Florida, 32202, with copies to Kirwinn Mike, Assistant United States Attorney, 300 North Hogan Street, Suite 700, Jacksonville, Florida, 32202-4270, and to Kathryn Sheldon, Office of the Federal Defender, 200 West Forsyth Street, Suite 1240, Jacksonville, Florida 32202.

The United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida, 32202-4270, shall be billed directly for all services rendered in accordance with this Order.

4. A copy of this Order be personally served on the defendant, NEAL BRIJ SIDHWANEY, by the United States Marshal or his duly authorized representative.

5. A competency hearing shall be held before Monte C. Richardson, United States Magistrate Judge, on **September 22 at 2:30 p.m.** in Courtroom Number 5C.

DONE AND ORDERED at Jacksonville, Florida, this 11st day of September, 2023.

_____
MONTE C. RICHARDSON
United States Magistrate Judge