**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

V.                                              **CASE NO. 3:23-CR-00122-MMH-MCR-1**

**NEAL SIDHWANEY**
                                    /

**UNOPPOSED MOTION TO CONTINUE DISCOVERY MOTION AND DISPOSITIVE MOTION DEADLINES**

The Defendant, Neal Sidhwaney, by and through his undersigned attorney, moves this Honorable Court to enter an Order continuing the Dispositive Motion deadline and Discovery Motions deadline in the above-styled case to the week of October 23, 2023. As grounds in support thereof, the Defendant would state the following:

1. The Defendant is charged with knowingly transmitting a communication containing a threat to injure the person of another in violation of 18 U.S.C. § 875 (c). He had his Initial Appearance on August 29th, 2022. Doc. 1.

2. On September 5, 2023, during the Defendant's detention hearing, this Court sua sponte ordered a competency evaluation and continued the Detention Hearing until September 22, 2023. Doc. 23.

3. As of the date of filing, the undersigned has not yet received any discovery materials in this case.

4. The undersigned seeks a continuance of the discovery and dispositive motion deadline to allow for the return of the Court's competency evaluation and to allow the Government to comply with discovery in this case.

5. The undersigned has conferred with the Assistant United States Attorney handling this case, Kirwinn Mike. Mr. Mike does not object the continuances sought by this motion.

6. The undersigned has not sought any previous continuances in the above case.

## MEMORANDUM OF LAW

Rule 16(d)(2)(b) provides that the court may, for good cause, continue time limits prescribed in the rule. The undersigned would request that this Court continue the discovery and dispositive motions deadlines to the week of October 23, 2023.

WHEREFORE, the Defendant, Neal Sidhwaney, moves this Honorable Court to continue the final discovery and dispositive motions deadlines to the week of October 23, 2023.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Kathryn Sheldon*
Kathryn E Sheldon, Esq.
Assistant Federal Defender
Florida Bar Number 1019538
200 W. Forsyth St., Ste 1240
Jacksonville, Florida 32202
Telephone: 904-232-3039
E-Mail: kathryn_sheldon@fd.org
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing Unopposed *Motion to Continue the Dispositive and Discovery Motion Deadlines* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send a notice of electronic filing to Kirwinn Mike, Assistant U.S. Attorney, this 14th day of September 2023.

*/s/ Kathryn Sheldon*
Kathryn Sheldon, Esq.
Attorney for Defendant