UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-182-MMH-MCR

NEAL BRIJ SIDHWANEY
_____/

**UNOPPOSED MOTION TO REOPEN DETENTION HEARING**

The Defendant, **NEAL BRIJ SIDHWANEY**, by his undersigned counsel, pursuant to Title 18, United States Code §3142(f), requests the court to reopen the detention hearing due to a change in circumstances related to Mr. Sidhwaney's mental health. As grounds for this motion, the Defendant states the following:

1. On August 28, 2023, Neal Brij Sidhwaney was arrested on a one count indictment alleging that Mr. Sidhwaney did knowingly transmit in interstate and foreign commerce a communication containing a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, §875 (c).

2. Mr. Sidhwaney was brought before United States Magistrate Judge Monte C. Richardson for his initial appearance. (Doc. 8) At that court date,

the Federal Defender's Office was appointed, and the case was passed to August 31, 2023, for the detention hearing.

3. On August 31, 2023, proffers were made by both the government and Defense counsel, and testimony was received by proposed third party custodian Brij Sidhwaney. The honorable court continued the hearing to receive testimony from Dr. Alan Harris on the Defendant's competency. (Doc. 19).

4. On September 22, 2023, the parties stipulated to the findings of Forensic Psychologist Dr. Harris, which opined that the Defendant was competent, but continued that he continued to have delusions. At that time, the Court found that detention was appropriate by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the safety of the community. (Doc. 27).

5. On October 24, 2023, Defense counsel filed a sealed motion to determine competency in Mr. Sidhwaney's case based on concerning statements made by Mr. Sidhwaney to counsel on October 16, 2023, as well previously undisclosed materials in the discovery disclosure. (Doc. 35).

6. The hearing on the motion to determine competency has been set for November 21, 2023, at 11:00 a.m. (Doc. 38).

7. In the time period since counsel filed the sealed motion to determine competency, there have been significant changes to Defendant's mental health status and condition.

8. Mr. Sidhwaney has been incarceration in the Baker County Jail since August of 2023. During this time, Mr. Sidhwaney has been regularly proscribed and has been receiving risperidone, a mental health medication specifically designated to curb delusional symptoms associated with schizophrenia. The typical timeframe for a patient to experience the full benefits of risperidone is two to three months.[1]

9. Due to his prolonged medication compliance since early September, Mr. Sidhwaney is no longer experiencing the auditory hallucinations or delusional symptoms associated with schizophrenia that he had been experiencing throughout September and October. Additionally, he appears to have gained significant insight into his condition and the need for medication compliance.

10. Undersigned counsel is requesting a hearing on this motion. AUSA Kirwinn Mike has been contacted and has no opposition to reopening the detention hearing.

---

[1] https://www.nami.org/About-Mental-Illness/Treatments/Mental-Health-Medications/Types-of-Medication/Risperidone-(Risperdal). The American Association of Psychiatric Pharmacists (AAPP) and the National Alliance on Mental Illness (NAMI). AAPP and NAMI make this document available under the Creative Commons Attribution-No Derivatives 4.0 International License. Last Updated: January 2016.

11. Undersigned counsel has contacted Pre-Trial Services Officer Daniel Dumpit, and he has requested an opportunity to review the updated psychiatric materials before commenting on his position about whether detention or release is appropriate.

**WHEREFORE**, the defendant requests that this court reopen the detention hearing and consider releasing Mr. Sidhwaney on conditions.

## MEMORANDUM OF LAW

Title 18, United States Code §3142(f) states that the detention hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release

4

that will reasonably assure the appearance of such person as required and the safety of any other person and the community.

**A. FITZGERALD HALL, ESQ.**
**FEDERAL DEFENDER**

Respectfully Submitted By:

*/s/ Kathryn Sheldon, Esq.*
Kathryn Sheldon, Esq.
Assistant Federal Defender
Florida Bar No. 1019538
200 West Forsyth Street, Ste. 1240
Jacksonville, Florida 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: Kathryn_sheldon@fd.org
Attorney for defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of November 2023, a true copy of the foregoing was served by electronic filing notification to Kirwinn Mike, Office of the United States Attorney.

*/s/ Kathryn Sheldon, Esq.*
Kathryn Sheldon, Esq.

5