FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

12.15.2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

## NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

### ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 875(c), Interstate Communication Containing a Threat to Injure, are as follows:

First:  The Defendant knowingly sent a message in interstate commerce containing a true threat to injure the person of another; and

Second:  the Defendant sent the message with the intent to communicate a true threat or with recklessness as to whether it would be viewed as a true threat.[1]

---

[1] The second element has been tailored from the Eleventh Circuit Pattern Jury Instruction to account for the United States Supreme Court's opinion in *Counterman v. Colorado*, 600 U.S. 66 (2023), setting the subjective *mens rea* standard at recklessness.

PENALTY

Count One carries a maximum sentence of five years' imprisonment, a fine of $250,000, or both imprisonment and fine, a term of supervised release of three years, and a mandatory special assessment of $100 due on the date of sentencing. A violation of the terms and conditions of supervised release carries a maximum sentence two years' imprisonment, as well as the possibility of an additional term of supervised release.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as outlined in the Indictment.

FACTUAL BASIS

On July 31, 2023, in the Middle District of Florida, the defendant, Neal Brij Sidhwaney placed a telephone call to Victim 1's workplace, located in Washington, D.C., and left a threatening voice message with the intent to communicate a true threat of violence. Specifically, the defendant stated, among other things, "Yeah hi, my name is Neal Sidhwaney uh this message is for [Victim 1] . . . I will fucking kill

you . . . Go fucking tell the Deputy U.S. Marshals you fucking pussy. I will fucking talk to them and then I'll fucking come kill you anyways you fucking cunt."

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

    /s/ Kirwinn Mike
    KIRWINN MIKE
    Assistant United States Attorney
    Florida Bar No. 0127588
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone:  (904) 301-6300
    Facsimile:  (904) 301-6310
    kirwinn.mike@usdoj.gov