**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

    The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. The parties agreed to waive the fourteen (14) day period to object to this Report and Recommendation.

    **DONE** and **ORDERED** in Jacksonville, Florida on this 15th day of December, 2023.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record